



09-CV-05399-ORD

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| TRUSTEES OF THE NORTHWEST LABORERS-EMPLOYERS HEALTH AND SECURITY TRUST, No. C09-5399 RBL<br><br>Plaintiff,<br><br>v.<br><br>MORRIS MALONE, et al.,<br><br>Defendants.<br><br>MORRIS MALONE, et al.,<br><br>Third-Party Plaintiff,<br><br>STREET PAVERS, SEWER, WATERMAIN AND TUNNEL WORKERS, LABORERS LOCAL 440, a Washington unincorporated Association and JOHN DOES 1-10,<br><br>Third-Party Defendants. | No. 09-05399-RBL<br><br>[~~PROPOSED~~] ORDER GRANTING THIRD-PARTY DEFENDANT'S MOTION TO MODIFY TRIAL DATE AND PRETRIAL DATES |

THIS MATTER having come before the Court upon a Motion by the third party defendant to Modify Trial Date and Pretrial Dates pursuant to FRCP 16(b)(4), and the Court having considered records and files herein and filings by the parties hereto, it is ORDERED that the Motion is granted and a new Minute Order Setting Trial and Pretrial Dates will be entered by the Court.

[Proposed Order Granting Third-Party Defendant's     1
Motion to Modify Trial Date, etc.

NOEL MCMURTRAY
P.O. BOX 52883
BELLEVUE, WA. 98015
425-454-1186

Dated this 22nd day of March, 2010.

_____
The Honorable Ronald B. Leighton
United States District Judge

PRESENTED BY:

_____
Noel McMurtray, WSBA# 12383
Attorney for Third Party Defendant

[Proposed Order Granting Third-Party Defendant's   2
Motion to Modify Trial Date, etc.

NOEL MCMURTRAY
P.O. BOX 52883
BELLEVUE, WA. 98015
425-454-1186