The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TRUSTEES OF THE NORTHWEST LABORERS-EMPLOYERS HEALTH AND SECURITY TRUST,<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br><br>MORRIS MALONE, et al.,<br><br>　　　　　　　　　　Defendants.<br><br>MORRIS MALONE, et al.,<br><br>　　　　　　　Third-Party Plaintiffs,<br><br>STREET PAVERS, SEWER, WATERMAIN AND TUNNEL WORKERS,LABORERS Local 440, et al.,<br><br>　　　　　　　Third-Party Defendants. | NO. C09-5399 RBL<br><br>ORDER GRANTING THE BAG LADY, INC.'S MOTION FOR SUMMARY JUDGMENT ON STATE LAW CLAIMS [Dkt. #88] |

　　　THIS MATTER is before the Court upon The Bag Lady, Inc.'s Motion for Summary Judgment on State Law Claims. [Dkt. #88]. The Court has considered the Motion, pleadings filed in support thereof and in opposition thereto, and the remaining file herein, as well as briefing related to, and the Court's prior Order Dismissing Plaintiff's state law claims against the Malone

ORDER - 1

1   defendants on the grounds of ERISA preemption. [Dkt. #83].   For the same reasons, It is hereby

2   **ORDERED** that The Bag Lady's Motion for Summary Judgment on Plaintiff's state law claims

3   against it is **GRANTED**. Plaintiff's state law claims against Defendant The Bag Lady, Inc. are

4   hereby **DISMISSED WITH PREJUDICE**.

DATED this 2nd day of March, 2011.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 2